J. Scott Tiedemann, Bar No. 180456
stiedemann@lcwlegal.com
Timothy R. Owen, Bar No. 127219
towen@lcwlegal.com
Joung H. Yim, Bar No. 216136
jyim@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045
Telephone:  (310) 981-2000
Facsimile:  (310) 337-0837

Attorneys for Defendant
CITY OF MONROVIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROBIN,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF MONROVIA; and DOES 1 THROUGH 20 INCLUSIVE;<br><br>            Defendants. | Case No.: CV09-6235 PJW<br>[Assigned to Hon. Patrick J. Walsh, Magistrate Judge]<br><br>Complaint Filed: July 2, 2009<br>First Amended Complaint Filed: November 19, 2009<br>Second Amended Complaint Filed: December 22, 2009<br><br>**[PROPOSED] JUDGMENT** |

This action came on regularly for trial on December 9, 2010, in the Central District of California, in Court Room 22, 312 North Spring Street, Los Angeles, California, the Honorable Patrick J. Walsh, presiding; the Plaintiff Alice Robin appearing by attorney Leo James Terrell of the Law Offices of Leo James Terrell, and the Defendant City of Monrovia appearing by attorneys Tim Owen and Joung H. Yim of Liebert Cassidy Whitmore.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing and receiving the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned its verdict on December 16, 2010 as follows:

Judgment for Defendant City of Monrovia, and against Plaintiff Alice Robin.

By reason of the jury verdict, Defendant City of Monrovia is entitled to judgment against Plaintiff Alice Robin.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Alice Robin take nothing, that the action be dismissed on the merits, and that Defendant City of Monrovia take judgment, and, as the prevailing party, recover its costs from Plaintiff Alice Robin.

DATED: January 11, 2011

_____
Honorable Patrick J. Walsh
United States District Court Magistrate Judge